In the Matter of Jerald Miller, Appellant, v New York State Division of Human Rights et al., Respondents.

Submitted August 17, 2015; decided September 22, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of Teddy Israel Moore, Admitted as Israel Teddy Moore, a Disbarred Attorney, Appellant. Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, Respondent.

Submitted August 10, 2015; decided September 22, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of Rene Munoz, Appellant, v Angela Lewis, Respondent.

Decided September 22, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie.

The People of the State of New York, Respondent, v Cleveland Lovett, Appellant.

Submitted August 10, 2015; decided September 22, 2015

Motion for reargument denied [see 25 NY3d 1088 (2015)].